DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOCELYN ARISTILDE, R.N.,**
Appellant,

v.

**DEPARTMENT OF HEALTH, BOARD OF NURSING,**
Appellee.

No. 4D2023-2124

[July 31, 2024]

Administrative appeal from the State of Florida, Department of Health, Board of Nursing; L.T. Case No. 2023-08306.

Stephen B. Burch of Smith & Associates, Melbourne, for appellant.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health Prosecution Services Unit, Tallahassee, for appellee.

DAMOORGIAN, J.

Jocelyn Aristilde ("Appellant") appeals a final order from the Department of Health, Board of Nursing ("Department of Health"), revoking his license to practice as a registered nurse. For the reasons outlined below, we reverse the final order and remand for an evidentiary hearing.

Appellant applied to the Florida Board of Nursing (the "Board") for licensure as a registered nurse, indicating that he attended and graduated from Palm Beach School of Nursing. The Board permitted Appellant to sit for the registered nurse examination and subsequently issued his license to practice nursing in late 2020. Appellant's license was thereafter renewed in 2022. Subsequently, through an FBI investigation, it was discovered that Appellant, and several other students, received a fraudulent diploma and transcript from the Palm Beach School of Nursing. In February 2023, the Department of Health mailed a letter to Appellant's address of record notifying him of the investigation and requesting that he either (1) submit a written response; (2) call the Department of Health to schedule an interview; or (3) sign an attached voluntary relinquishment form. A few days later, Appellant had a telephonic interview with a Department of Health investigator.

The Department of Health subsequently filed an administrative complaint against Appellant for violating sections 464.018(1)(a) and 456.072(1)(m), Florida Statutes (2020). A copy of the complaint was mailed to Appellant's address of record. Appellant concedes he received the complaint and "timely submitted his election of rights form." In May 2023, the Department of Health moved for an informal hearing and to assess costs. Copies of the motions were mailed to Appellant's address of record. Appellant concedes he received those motions as well. In July 2023, a notice of hearing was mailed to Appellant's address of record, wherein it stated an informal hearing would take place on August 3, 2023, and included the time and location. Appellant failed to appear at the informal hearing. Following the hearing, the Board entered a final order revoking Appellant's license to practice as a registered nurse. On August 29, 2023, Appellant filed a motion for reconsideration, arguing that he did not receive notice of the informal hearing, and attached a supporting affidavit. Three days later, Appellant filed a notice of appeal. The final order was stayed pending the outcome of this appeal.

On appeal, Appellant argues he did not receive notice of the informal hearing, and the final order was entered without him being afforded any opportunity to be heard. The record reflects the notice of hearing was mailed to Appellant's address of record, which creates a presumption that Appellant received the notice. *See Reich v. Dep't of Health,* 868 So. 2d 1275, 1276 (Fla. 1st DCA 2004) (citing *W.T. Holding, Inc. v. State Agency for Health Care Admin.,* 682 So. 2d 1224, 1225 (Fla. 4th DCA 1996)). This presumption, however, is rebuttable. *Id.* "Appellant's denial of receipt of the [notice of informal hearing] does not automatically overcome this presumption, but it does create a question of fact that must be resolved through an evidentiary hearing." *Id.* As the Board never provided Appellant an opportunity to prove that he did not receive notice of the informal hearing, we reverse the final order revoking Appellant's nursing license and remand for an evidentiary hearing to determine whether Appellant received notice of the informal hearing.

*Reversed and remanded.*

KLINGENSMITH, C.J., and MAY, J., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***

2